**STATE of Missouri, Respondent,**

v.

**Aaron LARODA, Appellant.**

**No. WD 37031.**

Missouri Court of Appeals,
Western District.

Feb. 11, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1986.

Application to Transfer Denied May 13, 1986.

Sean D. O'Brien, Public Defender, Kansas City, Mo., David S. Durbin, Asst. Public Defender, Marco A. Roldan, Asst. Public Defender (argued), Kansas City, Mo., for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Susan E. Schillie (argued), Kansas City, for respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from a jury trial conviction of tampering in the first degree, § 569.080, R.S.Mo. (1978), and sentence as a persistent offender, § 558.011.1(3), R.S.Mo. (Supp. 1984), to a five-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).